IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

DOCKETED
DEC 2 0 2000

| | |
|---|---|
| TY INC.,<br><br>Plaintiff,<br><br>v.<br><br>HOBBY LOBBY STORES INC.,<br><br>Defendant. | Civil Action No. 00C 7964<br><br>Judge: JUDGE GOTTSCHALL<br><br>Magistrate Judge: |

MAGISTRATE JUDGE BOBRICK

## COMPLAINT AND DEMAND FOR JURY

Plaintiff, Ty Inc. ("Ty"), for its Complaint, states as follows:

### JURISDICTION AND VENUE

1.     This is an action for copyright infringement brought under the copyright laws of the United States, 17 U.S.C. § 101 *et seq.*, as well as trade dress infringement brought under section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a). This action is also for unfair competition brought under the Lahman Act, 15 U.S.C. § 1051 *et seq.,* and for common law unfair competition under the laws of the State of Illinois.  Jurisdiction is predicated upon 28 U.S.C. §§ 1331 and 1338(a) and (b). Venue is proper under 28 U.S.C. § 1391(b) and (c), and § 1400(a).

### THE PARTIES

2.     Ty is a Delaware corporation with its principal place of business in Westmont, Illinois.  Ty is a leading manufacturer of plush animal toys.

-1-

3.    Ty owns the exclusive copyrights to numerous soft sculptures marketed as BEANIE BABIES® plush toys, including a plush bear, rabbit, monkey, lion and frog as fully, set forth below.

4.    Upon information and belief and after a reasonable opportunity for further investigation and/or discovery, there is likely to be evidentiary support that Defendant, Hobby Lobby Stores Inc. ("Hobby Lobby") is an Oklahoma corporation with its principal place of business located at 7707 SW 44th St., Oklahoma City, Oklahoma 73179-4808.

5.    Upon information and belief and after a reasonable opportunity for further investigation and/or discovery, there is likely to be evidentiary support that Hobby Lobby advertises, distributes, sells and offers to sell ceramic figurines.  Said figurines have been offered for sale and marketed in this District.

## STATEMENT OF FACTS

### Ty's Ownership of Copyrights Relating
### To Its BEANIE BABIES® Line of Plush Toys

6.    In approximately November of 1993, Ty began creating and selling original plush animals under the registered trademarks BEANIE BABIES® and THE BEANIE BABIES COLLECTION®.

7.    Ty owns the copyrights to and has obtained copyright registrations from the United States Copyright Office for the items in its BEANIE BABIES® line of plush toys, including VA 679-764 for a bear called "New Face Teddy," VA 775-060 for sitting bunnies called "Hippity," "Hoppity," "Floppity" and "Hippie,"  VA 724-846 for a monkey called "Nana,"  VA 818-577 for a lion called "Roary,"  and VA 870-722 for a frog called "Smoochy."

-2-

8.     The U.S. Certificates of Copyright Registration for Ty's Copyrighted Toys are attached as **Exhibit 1**. Photographs of these items are attached as **Exhibit 2**.

9.     Ty's Copyrighted Toys are original soft sculptures, created by Ty before the publication date on the copyright registration for each such toy, and each toy comprises copyrightable subject matter under the copyright laws of the United States.

10.     Ty's Copyrighted Toys, in addition to being protected by copyright, have design features that are non-functional and inherently distinctive or have acquired secondary meaning. These design features are recognized by consumers as indicating plush animals originating with Ty and are therefore Ty's protectable trademarks and trade dress.

11.     Since their introduction and continuing to date, Ty's BEANIE BABIES® plush toys have enjoyed tremendous success in the marketplace, and have become Ty's leading product line. Ty has sold over 1 billion BEANIE BABIES® toys since their introduction in November 1993.

## Defendant's Tortious Acts

12.     Defendant is advertising, selling and offering to sell a line of ceramic figurines under the mark "B/D," that are substantially similar to Ty's Copyrighted Toys (the "Accused Ceramic Figurines"). Photographs of eight of the Accused Ceramic Figurines, are attached as **Exhibit 3**.

13.     The Accused Ceramic Figurines are virtually identical to, and thereby, infringe Ty's copyrights in Ty's Copyrighted Toys.

14.     Defendant is not licensed by Ty, and at all relevant times was not authorized by Ty or any authorized agent of Ty to display, distribute, sell, offer for sale, manufacture, import, and/or reproduce Ty's Copyrighted Toys, or any other product in Ty's BEANIE BABIES® line

of plush toys. Defendant is currently engaged in such unauthorized conduct and unless enjoined by this Court will continue such conduct.

15. Defendant has incorporated the distinctive design features of Ty's Copyrighted Toys into the Accused Ceramic Figurines.

16. Upon information and belief, Defendant, either itself or through its authorized dealers, is advertising, distributing, and selling and/or offering for sale, the Accused Ceramic Figurines throughout the United States and in this District.

17. Due in part to the enormous popularity of and extensive public information that has been generated and disseminated with respect to Ty's Copyrighted Toys and the other products in Ty's BEANIE BABIES line of plush toys, Defendant had knowledge of and access to Ty's Copyrighted Toys before manufacturing and selling the Accused Ceramic Figurines.

18. Upon information and belief after a reasonable opportunity for further investigation and/or discovery, there is likely to be evidentiary support that Defendant's infringement of Ty's Copyrighted Toys has been willful and deliberate and will continue to Ty's irreparable harm unless enjoined by this Court.

## COUNT I

### Copyright Infringement

19. Paragraphs 1-18 are incorporated herein by reference

20. Ty has complied in all respects with Title 17 of the United States Code, secured the exclusive rights and privileges in and to the above-referenced copyrights, and in compliance with the law has received from the Register of Copyrights the appropriate Certificates of Registration,

which constitute prima facie evidence of the validity of the copyrights and of the facts stated in the certificates.

21.     After the date of registration of the above-referenced copyrights, and continuing to date, Defendant has infringed the aforesaid copyrights in Ty's Copyrighted Toys by manufacturing, importing, displaying, distributing, selling, and/or offering for sale, without Plaintiff's consent, the Accused Ceramic Figurines, which are copies of, are substantially similar to, and infringe Ty's Copyrighted Toys, in violation of 17 U.S.C. §§106 and 501.

22.     Upon information and belief, after a reasonable opportunity for further investigation or discovery, there is likely to be evidentiary support that said conduct by Defendant was and is willfully done with knowledge of Ty's copyrights.

23.     Ty has no adequate remedy at law. Defendant's infringing conduct has caused and, if not enjoined, will continue to cause irreparable injury to Ty. Ty is entitled to injunctive relief and damages.

## COUNT II

### Trade Dress Infringement

24.     Paragraphs 1-23 are incorporated herein by reference.

25.     Ty's Copyrighted Toys incorporate design features which are inherently distinctive or have acquired secondary meaning and are non-functional.

26.     The Accused Ceramic Figurines have non-functional design features that are confusingly similar to the non-functional design features of Ty's Copyrighted Toys and look confusingly similar to Ty's Copyrighted Toys.

27.     Defendant, by its acts alleged herein, did and is continuing to falsely advertise and designate the origin or is marketing the Accused Ceramic Figurines in a manner calculated to lead the public to believe that the Accused Ceramic Figurines emanate from, or are sponsored by, or are approved by Ty, and thereby has confused and is likely to continue to confuse the public as to the origin of the Accused Ceramic Figurines in violation of the Lanham Act § 43(a), 15 U.S.C. § 1125(a).

28.     After a reasonable opportunity for further investigation or discovery, there is likely to be evidentiary support to show that there has been actual confusion by the public between the Accused Ceramic Figurines and Copyrighted Toys.

29.     After a reasonable opportunity for further investigation and discovery has been had, there is likely to be evidentiary support that said conduct by Defendant was and is willful and intentional.

30.     By reason of Defendant's acts as alleged above, Ty has suffered and will continue to suffer damage and injury to its business reputation and goodwill, and will sustain serious loss of revenue and profits in an indeterminate amount.

31.     Unless enjoined by this Court, Defendant will continue to commit the acts complained of herein, all to the immediate and irreparable harm of Ty.  Consequently, Ty has no adequate remedy at law.

## COUNT III

## Unfair Competition and Deceptive Trade Practices

32.     Paragraphs 1-31 are incorporated herein by reference.

33.     Defendant has, and on information and belief intend to continue to, willfully engage in unfair competition and deceptive trade practices under federal law and the common law of the State of Illinois by its unauthorized use of Ty's trademarks, as well as marks confusingly similar thereto.

34.     By reason of Defendant's acts as alleged above, Ty has suffered and will continue to suffer damage and injury to its business, reputation and good will and will sustain serious loss of revenues and profits in an indeterminate amount.

35.     Unless enjoined by this Court, Defendant will continue to do the acts complained of herein all to the irreparable harm of Ty.  Ty has no adequate remedy at law.

## COUNT IV

### State Unfair Competition

36.     Paragraphs 1-35 are incorporated herein by reference.

37.     The aforesaid acts of Hobby Lobby constitute deceptive trade practices in violation of the Illinois Uniform Deceptive Trade Practices Act, 815 Ill. Comp. Stat. 510/1 *et seq.* and the Illinois Consumer Fraud and Deceptive Practices Act, 815 Ill. Comp. Stat. 505/1 *et seq.*

38.     By reason of Hobby Lobby's acts as alleged above, Ty has suffered and will continue to suffer damages and injury to its business, reputation and goodwill and will sustain serious loss to the distinctive quality of its famous marks.

39.     Unless enjoined by this court, Hobby Lobby will continue to do the acts complained of herein to the irreparable harm of Ty. Ty has no adequate remedy at law.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays that this Court:

A.   Declare that Defendant has infringed Ty's copyrights in Ty's Copyrighted Toys.

B.   Declare that Defendant has infringed Ty's trade dress rights as set forth under 15 U.S.C. § 1051 *et seq*.

C.   Order that Defendant and all its employees, servants, agents, distributors and persons in active concert with it be temporarily during the pendency of this action and permanently thereafter enjoined from displaying, advertising, promoting, selling or offering for sale, or otherwise distributing ceramic figurines that are confusingly similar to Ty's Copyrighted Toys. or otherwise infringing Ty's trade dress rights and other proprietary rights.

D.   Order that, pursuant to 17 U.S.C. § 502, Defendant and all its employees, servants, agents, distributors and persons in active concert with it be enjoined, temporarily while this action is pending and permanently thereafter, from reproducing, copying, displaying, advertising, promoting, importing, selling or offering for sale, or otherwise distributing the Accused Ceramic Figurines or otherwise infringing Ty's copyrights.

E.     Order Defendant to immediately require its customers, distributors, authorized dealers, and the like, to cease and desist all advertising, marketing, offering for sale and selling of the Accused Ceramic Figurines.

F.     Order Defendant to recall from its customers, distributors, authorized dealers, and the like, all copies or reproductions of the Accused Ceramic Figurines and all promotional and marketing materials therefor.

G.     Order, pursuant to 17 U.S.C. § 503, the impounding for destruction of all copies or reproductions of Defendant's Accused Ceramic Figurines, all patterns and other means for producing such copies, and all advertisements and promotional literature therefor.

H.     Order an accounting of Defendant's profits and award Plaintiff its actual and/or statutory damages including increased damages for willful violation.

I.     Award Plaintiff monetary relief in an amount to be fixed by the Court in its discretion as just, including:

(1)     All profits received by Defendant from sales and revenues of any kind made as a result of its infringing actions; and

(2)     All damages sustained by Plaintiff as a result of Defendant's acts of infringement, and that such damages be trebled.

J.     Award Plaintiff, pursuant to 17 U.S.C. § 505, interest, costs, and attorney's fees.

K.     Award Plaintiff such other and further relief as this Court deems just and appropriate.

### JURY DEMAND

Plaintiff demands trial by jury of all counts and claims triable to a jury.

Dated:  December 20, 2000

Respectfully submitted,

A. Sidney Katz, Esq.
James P. White, Esq.
Laurie A. Haynie, Esq.
Irene M. Reininger, Esq.
WELSH & KATZ, LTD.
120 S. Riverside Plaza • 22nd Floor
Chicago, IL 60606
(312) 655-1500

Counsel for Plaintiff
Ty Inc.

-10-

EXHIBIT  1

# CERTIFICATE OF REGISTRATION
### Additional Certificate (17 U.S.C. 706)

**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

**REGISTER OF COPYRIGHTS**
United States of America

OFFICIAL SEAL

**VA 679-764**

EFFECTIVE DATE OF REGISTRATION

DEC 15 1994
Month   Day   Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**TITLE OF THIS WORK ▼**   NATURE OF THIS WORK ▼ See instructions

Ty Inc. Teddy #4050 Poseable Bear   Soft Sculpture

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**

If published in a periodical or serial give: **Volume ▼**   **Number ▼**   **Issue Date ▼**   **On Pages ▼** 38

---

## 2

**NAME OF AUTHOR ▼**

Ty Warner

**DATES OF BIRTH AND DEATH**
Year Born ▼ 1944   Year Died ▼

Was this contribution to the work a "work made for hire"?
[ ] Yes
[X] No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? [ ] Yes [X] No
Pseudonymous? [ ] Yes [X] No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Check appropriate boxes. **See instructions**
[X] 3-Dimensional sculpture   [ ] Map   [ ] Technical drawing
[ ] 2-Dimensional artwork   [ ] Photograph   [ ] Text
[ ] Reproduction of work of art   [ ] Jewelry design   [ ] Architectural work
[ ] Design on sheetlike material

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
[ ] Yes
[ ] No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? [ ] Yes [ ] No
Pseudonymous? [ ] Yes [ ] No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Check appropriate boxes. **See instructions**
[ ] 3-Dimensional sculpture   [ ] Map   [ ] Technical drawing
[ ] 2-Dimensional artwork   [ ] Photograph   [ ] Text
[ ] Reproduction of work of art   [ ] Jewelry design   [ ] Architectural work
[ ] Design on sheetlike material



---

## 3

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given ONLY if this work has been published.
1994 ◀ Year in all cases.

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information Month ▶ Nov Day ▶ 5 Year ▶ 1994
USA ◀ Nation

---

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Ty Warner
PO Box 5377
Oakbrook IL 60522

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

**DO NOT WRITE HERE OFFICE USE ONLY**
APPLICATION RECEIVED
DEC 15 1994
ONE DEPOSIT RECEIVED
DEC 15 1994
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

See instructions before completing this space.

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of 2 pages

EXAMINED | | FORM VA

CHECKED BY

☐ CORRESPONDENCE
Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
[ ] Yes  ✗ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. [ ] This is the first published edition of a work previously registered in unpublished form.

b. [ ] This is the first application submitted by this author as copyright claimant.

c. [ ] This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

**6**

See instructions
before completing
this space.

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                    Account Number ▼

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼

Ty WARNER
PO Box 5377
OAKBROOK IL 60522

Area Code and Telephone Number ▶   708-495-1515

Be sure to
give your
daytime phone
number

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the
check only one ▼

✗ author

[ ] other copyright claimant

[ ] owner of exclusive right(s)

[ ] authorized agent of
      Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Ty WARNER                                  Date▶  12/15/94

☞  Handwritten signature (X) ▼

**MAIL
CERTIFI-
CATE TO**

Name ▼   Ty WARNER

Number/Street/Apt ▼   PO Box 5377

City/State/ZIP ▼   OAKBROOK IL 60522

Certificate
will be
mailed in
window
envelope

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable $20 filing fee
   in check or money order
   payable to Register of Copyrights
3. Deposit material

**MAIL TO:**
Register of Copyrights
Library of Congress
Washington, D.C. 20559-6000

The Copyright Office
has the authority to ad-
just fees at 5-year inter-
vals, based on changes
in the Consumer Price
Index. The next adjust-
ment is due in 1996.
Please contact the
Copyright Office after
July 1995 to determine
the actual fee schedule.

**9**

\*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

July 1993 —300,000          ♲ PRINTED ON RECYCLED PAPER          ☆U.S. GOVERNMENT PRINTING OFFICE: 1993-342-582/80,021

# CERTIFICATE OF REGISTRATION



UNITED STATES COPYRIGHT OFFICE • THE LIBRARY OF CONGRESS

OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
*United States of America*

**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE
REGIS

**VA 775-060**

EFFECTIVE DATE OF REGISTRATION
JULY 23 1996
Month / Day / Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1
**TITLE OF THIS WORK ▼**   Ty Inc. #4117 Sitting Bunny

**NATURE OF THIS WORK ▼** See instructions   Soft Sculpture

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**

If published in a periodical or serial give: Volume ▼   Number ▼   Issue Date ▼   On Pages ▼

## 2
**a**   **NAME OF AUTHOR ▼**   Ty Inc

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ USA
     Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**
Under the law, the "author" of a work made

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See instructions**
☒ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work
☐ Design on sheetlike material

**b**   **NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
     Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

death blank.

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See instructions**
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work
☐ Design on sheetlike material

## 3
**a**   **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED**   1996 ◀ Year   This information must be given ONLY in all cases.

**b**   **DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**   Complete this information ONLY if this work has been published.   Month ▶ May   Day ▶ 18   Year ▶ 1996   USA ◀ Nation

## 4
**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Ty Inc.
PO Box 5377
Oakbrook IL 60522

See instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
JUL 23 1996
ONE DEPOSIT RECEIVED
JUL 23 1996
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE OFFICE USE ONLY

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

EXAMINED Cy

FORM VA

CHECKED BY

CORRESPONDENCE
Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼          **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

See instructions
before completing
this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼          Account Number ▼

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Ty Warner
PO Box 5377
OakBrook IL 60522

Area Code and Telephone Number ▶ 708-495-1578

Be sure to
give your
daytime phone
◀ number

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▼

☐ author

☐ other copyright claimant

☐ owner of exclusive right(s)

☒ authorized agent of _____ Ty INC.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Ty Warner          Date ▶ 7/23/96

✍ Handwritten signature (X) ▼

**9**

Mail
certificate
to:

Certificate
will be
mailed in
window
envelope

Name ▼
Ty Warner

Number/Street/Apt ▼
PO Box 5377

City/State/ZIP ▼
OakBrook IL 60522

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable $20 filing fee
   in check or money order
   payable to Register of Copyrights
3. Deposit material

MAIL TO:
Register of Copyrights
Library of Congress
Washington, D.C. 20559-6000

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection
with the application, shall be fined not more than $2,500.

March 1995—300,000          ♻ PRINTED ON RECYCLED PAPER          ☆U.S. GOVERNMENT PRINTING OFFICE: 1995-387-237/41

# CERTIFICATE OF REGISTRATION

Additional Certificate (17 U.S.C. 700)

**FORM VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

**REGISTER OF COPYRIGHTS**

OFFICIAL SEAL

**VA 724-846**

IVA *VA00007248464*

EFFECTIVE DATE OF REGISTRATION

MAY 2 2 1995
Month    Day    Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

## 1

**TITLE OF THIS WORK ▼**    **NATURE OF THIS WORK ▼** See instructions

Ty Inc- NaNa #4067 PosenBle Monkey    Soft Sculpture

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared.    **Title of Collective Work ▼**

If published in a periodical or serial give:    Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

## 2 a

**NAME OF AUTHOR ▼**    **DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Ty WARNER    1944

Was this contribution to the work a "work made for hire"?
[ ] Yes
[X] No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶    USA
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? [ ] Yes [X] No
Pseudonymous? [ ] Yes [X] No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See instructions**
[ ] 3-Dimensional sculpture    [ ] Map    [ ] Technical drawing
[ ] 2-Dimensional artwork    [ ] Photograph    [ ] Text
[ ] Reproduction of work of art    [ ] Jewelry design    [ ] Architectural work
[ ] Design on sheetlike material

**NAME OF AUTHOR ▼**    **DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
[ ] Yes
[ ] No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? [ ] Yes [ ] No
Pseudonymous? [ ] Yes [ ] No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See instructions**
[ ] 3-Dimensional sculpture    [ ] Map    [ ] Technical drawing
[ ] 2-Dimensional artwork    [ ] Photograph    [ ] Text
[ ] Reproduction of work of art    [ ] Jewelry design    [ ] Architectural work
[ ] Design on sheetlike material

## 3 a

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
1995 ◀ Year

**b DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ MAY    Day ▶ 20    Year ▶ 1995
USA    ◀ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Ty WARNER
Po Box 5377
OAKBROOK IL 60522

See instructions before completing this space.

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
MAY 2 2 1995
ONE DEPOSIT RECEIVED
MAY 2 2 1995
TWO DEPOSITS RECEIVED
JUN 2 6 1995
FUNDS RECEIVED

DO NOT WRITE HERE OFFICE USE ONLY

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of .... pages

EXAMINED BY *DMU / no*

CHECKED BY

FORM VA

☒ CORRESPONDENCE
Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
**a.** ☐ This is the first published edition of a work previously registered in unpublished form.
**b.** ☐ This is the first application submitted by this author as copyright claimant.
**c.** ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number** ▼          **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
**a. Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

**b. Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

See instructions
before completing
this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼          **Account Number** ▼

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

*Ty WARNER*
*PO Box 5377*
*OAKBROOK IL 60522*

Area Code and Telephone Number ▶ *708 - 495 - 1515*

Be sure to
give your
daytime phone
◀ number

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the
check only one ▼
☒ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☐ authorized agent of _____
    Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

**8**

**Typed or printed name and date** ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
*Ty WARNER*          Date▶ *5/22/95*

☞ Handwritten signature (X) ▼

**MAIL
CERTIFI-
CATE TO**

Name ▼
*Ty WARNER*

Number/Street/Apt ▼
*PO Box 5377*

City/State/ZIP ▼
*OAKBROOK IL 60522*

Certificate
will be
mailed in
window
envelope

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8
**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable $20 filing fee
   in check or money order
   payable to *Register of Copyrights*
3. Deposit material
**MAIL TO:**
Register of Copyrights
Library of Congress
Washington, D.C. 20559-6000

**9**

The Copyright Office
has the authority to ad-
just fees at 5-year inter-
vals, based on changes
in the Consumer Price
Index. The next adjust-
ment is due in 1996.
Please contact the
Copyright Office after
July 1995 to determine
the actual fee schedule.

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

July 1993—300,000          ♻ PRINTED ON RECYCLED PAPER          ☆ U.S. GOVERNMENT PRINTING OFFICE: 1993-342-582/60,021

# CERTIFICATE OF REGISTRATION



**UNITED STATES COPYRIGHT OFFICE**
★ THE LIBRARY OF CONGRESS ★
OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

**REGISTER OF COPYRIGHTS**
*United States of America*

**FORM VA**
For a work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

**VA 818–577**

VA0000818577

EFFECTIVE DATE OF REGISTRATION

8 — Month
29 — Day
97 — Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**TITLE OF THIS WORK ▼**   Ty Inc. #4069 Lion (Roary)

**NATURE OF THIS WORK ▼** See instructions   Soft Sculpture

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**

If published in a periodical or serial give: **Volume ▼**   **Number ▼**   **Issue Date ▼**   **On Pages ▼**

---

**2**

**NAME OF AUTHOR ▼**   Ty Inc.

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in▶ USA

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☒ No
Pseudonymous?   ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See Instructions**
☒ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work
☐ Design on sheetlike material

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ _____
Domiciled in▶ _____

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

leave the space for dates of birth and death blank.

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See Instructions**
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work
☐ Design on sheetlike material

---

**3**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
1996 ◀ Year

**b DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month ▶ May   Day ▶ 18   Year ▶ 1996
USA   ◀ Nation

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Ty Inc.
PO Box 5377
Oakbrook IL 60522

**APPLICATION RECEIVED**
AUG 29 1997
**ONE DEPOSIT RECEIVED**
AUG 29 1997
**TWO DEPOSITS RECEIVED**

**FUNDS RECEIVED**

DO NOT WRITE HERE OFFICE USE ONLY

See instructions before completing this space

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

09395683

EXAMINED BY _M_

CHECKED BY

☐ CORRESPONDENCE
Yes

FORM VA

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number** ▼     **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

See instructions
before completing
this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼     **Account Number** ▼

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent.   Name/Address/Apt/City/State/ZIP ▼

Ty Warner
PO Box 5377
Oakbrook IL 60522

Be sure to
give your
daytime phone
◀ number

**Area Code and Telephone Number** ▶  630-920-1515

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
check only one ▼
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of     Ty Inc.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

**Typed or printed name and date** ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Ty Warner     **Date**▶  8/15/97

**Handwritten signature (X)** ▼

**8**

**MAIL
CERTIFI-
CATE TO**

**Name** ▼
Ty Warner

**Number/Street/Apt** ▼
PO Box 5377

**City/State/ZIP** ▼
Oakbrook IL 60522

**Certificate
will be
mailed in
window
envelope**

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable $20 filing fee
   in check or money order
   payable to Register of Copyrights
3. Deposit material

**MAIL TO:**
Register of Copyrights
Library of Congress
Washington, D.C. 20559-6000

The Copyright Office
has the authority to ad-
just fees at 5-year inter-
vals, based on changes
in the Consumer Price
Index. The next adjust-
ment is due in 1996.
Please contact the
Copyright Office after
July 1995 to determine
the actual fee schedule.

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

July 1993—300,000     ☉ PRINTED ON RECYCLED PAPER     ☉U.S. GOVERNMENT PRINTING OFFICE: 1993-342-582/80,021

# CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below.The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
*United States of America*

## FORM VA
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE



VA 070-722

EFFECTIVE DATE OF REGISTRATION

| Month | Day | Year |
|-------|-----|------|
| 2 | 13 | 98 |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

---

**TITLE OF THIS WORK ▼**
Ty Inc. S'Moochy # 4039

**NATURE OF THIS WORK ▼** See instructions
Soft Sculpture

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**

If published in a periodical or serial give: **Volume ▼**    **Number ▼**    **Issue Date ▼**    **On Pages ▼**

---

**2** **NAME OF AUTHOR ▼**
Ty Inc

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ USA
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See Instructions**
☒ 3-Dimensional sculpture ☐ Map ☐ Technical drawing
☐ 2-Dimensional artwork ☐ Photograph ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work
☐ Design on sheetlike material

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Check appropriate box(es). **See Instructions**
☐ 3-Dimensional sculpture ☐ Map ☐ Technical drawing
☐ 2-Dimensional artwork ☐ Photograph ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work
☐ Design on sheetlike material

---

**3** **YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
1997 ◀ Year

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.
Month ▶ Nov Day ▶ 8 Year ▶ 1997
USA ◀ Nation

---

**4** **COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
Ty Inc
Po Box 5377
Oakbrook IL 60522

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

**APPLICATION RECEIVED**
FEB 13 1998
**ONE DEPOSIT RECEIVED**
FEB 13 1998
**TWO DEPOSITS RECEIVED**

**FUNDS RECEIVED**

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page
• See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of __ pages

EXAMINED BY ___ T.h.

CHECKED L

FORM VA

☐ CORRESPONDENCE
Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

[ ] Yes ☑ No If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼

a. [ ] This is the first published edition of a work previously registered in unpublished form.

b. [ ] This is the first application submitted by this author as copyright claimant.

c. [ ] This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

See instructions
before completing
this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼                    Account Number ▼

**7**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Ty Warner
PO Box 5377
Oakbrook IL 60522

Area Code and Telephone Number ▶ 630-920-1515

Be sure to
give your
daytime phone
◀ number

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▼

[ ] author

[ ] other copyright claimant

[ ] owner of exclusive right(s)

[ ] authorized agent of    Ty Inc.

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made

by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Ty Warner                    Date ▶ 1/15/88

Handwritten signature (X) ▼

**8**

**MAIL
CERTIFICATE**

Name ▼
Ty Warner

Number/Street/Apt ▼
PO Box 5377.

City/State/ZIP ▼
Oakbrook IL 60522

Certificate
will be
mailed in
window
envelope

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable $20 filing fee
   in check or money order
   payable to Register of Copyrights
3. Deposit material

**MAIL TO:**
Register of Copyrights
Library of Congress
Washington, D.C. 20559-6000

**9**

U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

ch 1995—300,000    ⊕ PRINTED ON RECYCLED PAPER                    ☆U.S. GOVERNMENT PRINTING OFFICE: 1995-387-237/41

# EXHIBIT 2



**New Face Teddy**
**VA 679-764**



**Hippity**
VA 775-060



**Hoppity**
**VA 775-060**



**Floppity**
**VA 775-060**



**Hippie**
**VA 775-060**



Nana
VA 724-846



**Roary**
**VA 818-577**



**Smoochy**
**VA 870-722**

EXHIBIT  3



JS 44
Rev. 11/91

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**(a) PLAINTIFFS**

TY INC.

**DEFENDANTS**

HOBBY LOBBY STORES INC.

**00C 7964**

GOTTSCHALL

**b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _Du Page_
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER) A. Sidney Katz, James P. White, Laurie A. Haynie, and Irene M. Reininger, WELSH & KATZ, LTD., 120 S. Riverside Plaza-22nd Floor, Chicago, IL 60606 (312) 655-1500

ATTORNEYS (IF KNOWN)

MAGISTRATE JUDGE BOBRICK

## BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)

- ☐ U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- ☐ Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| | **PERSONAL INJURY** | **PERSONAL INJURY** | | | |
| ☐ 0 Insurance | ☐ 310 Airplane | ☐ 362 Personal Injury — Med. Malpractice | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 20 Marine | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury — Product Liability | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 30 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 40 Negotiable Instrument | | | ☐ 630 Liquor Laws | | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 50 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| ☐ 51 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☒ 820 Copyrights | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 52 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 830 Patent | ☐ 810 Selective Service |
| | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | ☐ 840 Trademark | ☐ 850 Securities/Commodities/Exchange |
| ☐ 53 Recovery of Overpayment of Veteran's Benefits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 60 Stockholders' Suits | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 90 Other Contract | | | | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| ☐ 95 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| | | | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 0 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 20 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | | | |
| ☐ 30 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 0 Torts to Land | | ☐ 535 Death Penalty | | | ☐ 890 Other Statutory Actions |
| ☐ 5 Tort Product Liability | ☐ 444 Welfare | ☐ 540 Mandamus & Other | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 871 IRS — Third Party 26 USC 7609 | |
| ☐ 0 All Other Real Property | ☐ 440 Other Civil Rights | ☐ 550 Civil Rights | | | |

## CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

Copyright infringement pursuant to 17 U.S.C. §101 et seq., trade dress infringement pursuant to 15 U.S.C. §1125(a), unfair competition pursuant to 15 U.S.C. § 1051 et seq., and common law unfair competition under the laws of the State of Illinois

| **REQUESTED IN COMPLAINT:** | CHECK IF THIS IS A **CLASS ACTION** ☐ UNDER F.R.C.P. 23 | DEMAND $ Amount to be determined | CHECK YES only if demanded in complaint: JURY DEMAND: ☒ YES ☐ NO |
|---|---|---|---|

**RELATED CASE(S) IF ANY** (See instructions)   JUDGE _____   DOCKET NUMBER _____

DATE _12/20/00_   SIGNATURE OF ATTORNEY OF RECORD _A. Sidney Katz_

**FOR OFFICE USE ONLY**

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**00C 7964**

In the Matter of    TY INC.  v. HOBBY LOBBY STORES INC.

Case Number:

JUDGE GOTTSCHALL

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR:

TY INC.

MAGISTRATE JUDGE BOBRICK

| (A) | | | | (B) | | | |
|---|---|---|---|---|---|---|---|
| SIGNATURE | | | | SIGNATURE | | | |
| NAME A. Sidney Katz | | | | NAME James P. White | | | |
| FIRM WELSH & KATZ, LTD. | | | | FIRM WELSH & KATZ, LTD. | | | |
| STREET ADDRESS 120 S. Riverside Plaza – 22nd Floor | | | | STREET ADDRESS 120 S. Riverside Plaza – 22nd Floor | | | |
| CITY/STATE/ZIP Chicago, Illinois 60606 | | | | CITY/STATE/ZIP Chicago, Illinois 60606 | | | |
| TELEPHONE NUMBER (312) 655-1500 | | | | TELEPHONE NUMBER (312) 655-1500 | | | |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) 01411853 | | | | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) 03001032 | | | |
| MEMBER OF TRIAL BAR? | YES ☒ | NO ☐ | | MEMBER OF TRIAL BAR? | YES ☒ | NO ☐ | |
| TRIAL ATTORNEY? | YES ☒ | NO ☐ | | TRIAL ATTORNEY? | YES ☒ | NO ☐ | |
| | | | | DESIGNATED AS LOCAL COUNSEL? | YES ☐ | NO ☒ | |

| (C) | | | | (D) | | | |
|---|---|---|---|---|---|---|---|
| SIGNATURE | | | | SIGNATURE | | | |
| NAME Laurie A. Haynie | | | | NAME Irene M. Reininger | | | |
| FIRM WELSH & KATZ, LTD. | | | | FIRM WELSH & KATZ, LTD. | | | |
| STREET ADDRESS 120 S. Riverside Plaza – 22nd Floor | | | | STREET ADDRESS 120 S. Riverside Plaza – 22nd Floor | | | |
| CITY/STATE/ZIP Chicago, Illinois 60606 | | | | CITY/STATE/ZIP Chicago, Illinois 60606 | | | |
| TELEPHONE NUMBER (312) 655-1500 | | | | TELEPHONE NUMBER (312) 655-1500 | | | |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) 06195230 | | | | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) 062704835 | | | |
| MEMBER OF TRIAL BAR? | YES ☐ | NO ☒ | | MEMBER OF TRIAL BAR? | YES ☐ | NO ☒ | |
| TRIAL ATTORNEY? | YES ☐ | NO ☒ | | TRIAL ATTORNEY? | YES ☐ | NO ☒ | |
| DESIGNATED AS LOCAL COUNSEL? | YES ☐ | NO ☒ | | DESIGNATED AS LOCAL COUNSEL? | YES ☐ | NO ☒ | |